UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| HARRY HIGHTOWER, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:01CV1687 RWS |
| | ) | |
| LARRY ROWLEY, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on Harry Hightower's pro se petition for writ of habeas corpus under 28 U.S.C. § 2254 [#4]. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Audrey G. Fleissig, who filed her Report and Recommendation on February 22, 2005 [#21]. It is Judge Fleissig's recommendation that the petition be denied and that no certificate of appealability be issued.

On August 12, 2004, Hightower filed his objections to the Report and Recommendations [#37]. Under 28 U.S.C. § 636(b)(1)(C), I am required to review de novo those portions of the Report and Recommendation to which Hightower objects. I have conducted a de novo review of all matters relevant to the petition. Based on that review, I will adopt and sustain Judge Fleissig's Report and Recommendations and will deny Hightower's petition.

After careful consideration of the Report and Recommendation,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#21] is **SUSTAINED, ADOPTED AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Hightower's petition for habeas corpus under 28 U.S.C. § 2254 [#4] is **DENIED.**

**IT IS FURTHER ORDERED** that the Court will not issue a certificate of appealability.

A separate judgment in accordance with this Memorandum and Order is entered this same date.

Dated this <u>18th</u> Day of August, 2005.

                                        RODNEY W. SIPPEL
                                        UNITED STATES DISTRICT JUDGE